**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 09/12/2016 # of months: 4 |
|---|---|---|---|
| **MONTY R. BROWNLEE APRIL D BROWNLEE** | **15-61793** | **07/25/2016** | **$1,678.00** |

**TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING**

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtors, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtors aforementioned have defaulted in making payments matured under the confirmed plan.

**PLEASE TAKE NOTICE** that on **November 10, 2016** at **9:30 A.M.**, in United States Bankruptcy Court, U.S. Court House, Courtroom 200, 255 West Main Street, Charlottesville, VA 22902-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtors and Debtors' counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on September 12, 2016, copies of this Petition and Notice have been mailed to, Debtors, MONTY R. BROWNLEE, APRIL D BROWNLEE, 21 SUNCREST DRIVE, SCOTTSVILLE, VA 24590, and that the Attorney for the Debtors has been notified electronically by ECF.

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email:
ch13staff@cvillech13.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@cvillech13.net